# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

TAMMY L. Foster,

        Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

        Defendants.

Case No. 3:18-cv-05090-RBL-TLF

ORDER REVERSING DEFENDANT'S DECISION TO DENY BENEFITS AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     the Court adopts the Report and Recommendation;

(2)     the ALJ erred in her decision as described in the Report and Recommendation; and

(3)     the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

DATED this 22nd day of January, 2019.

                        Ronald B. Leighton
                        United States District Judge