U.S. District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TAMMY LYNN FOSTER,<br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | 3:18-cv-05090-RSM<br><br><br><br>ORDER FOR ATTORNEY FEES |

The court finds and orders an attorney fee of $18,319.40 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to Kerr Robichaux & Carroll, PO Box 14490, Portland, OR 97293. The attorney fee of $2,036.16 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

DATED this 6th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

1   Presented by:

2   s/ Kevin Kerr
    KEVIN KERR, WSB #47715
3   Kerr Robichaux & Carroll
    PO Box 14490
4   Portland, OR 97293
    (503) 255-9092
5   kevinkerr@schneiderlaw.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22